JOHN A. UNDERWOOD
UNDERWOOD & MICKLIN
1236 BRACE RD STE J
CHERRY HILL, NJ  08034

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
#### Chapter 13 Case # 19-19664

Re:  YVES MARCELLUS              Atty:  JOHN A. UNDERWOOD
     71 EARL STREET                      UNDERWOOD & MICKLIN
     UNION,  NJ  07083                   1236 BRACE RD STE J
                                         CHERRY HILL, NJ  08034

## RECEIPTS AS OF 01/15/2020            (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/01/2019 | $512.00 | 26100176141 | 10/01/2019 | $512.00 | 1919664-2398989 |
| 10/01/2019 | $536.00 | 1919664-24595702266 | 10/01/2019 | $1,000.00 | 1919664-24595702255 |
| 11/01/2019 | $512.00 | 26208681693 | 12/31/2019 | $512.00 | 26284013638 |

**Total Receipts: $3,584.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $3,584.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020          (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| MEB LOAN TRUST IV | | | | | | |
| | 01/13/2020 | $110.99 | 841,040 | | | |
| THE BANK OF NEW YORK TRUST COMPANY NA | | | | | | |
| | 01/13/2020 | $501.28 | 841,003 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 186.35 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,300.00 | 100.00% | 2,300.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | MEB LOAN TRUST IV | MORTGAGE ARRE | 756.60 | 100.00% | 110.99 | 645.61 |
| 0002 | BMW FINANCIAL SERVICES NA LLC | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | NEW JERSEY MANUFACTURERS INSURA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | THE BANK OF NEW YORK TRUST COMPA | MORTGAGE ARRE | 3,416.98 | 100.00% | 501.28 | 2,915.70 |
| 0007 | SAVIT COLLECTION AGENCY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | STATE OF NEW JERSEY | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 197.70 | 100.00% | 0.00 | 197.70 |

**Total Paid: $3,098.62**
See Summary

**Chapter 13 Case # 19-19664**

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 17, 2020.

Receipts: $3,584.00    -    Paid to Claims: $612.27    -    Admin Costs Paid: $2,486.35    =    Funds on Hand: $485.38

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.